# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR07-1240-AHM | Date | March 4, 2009 |
|---|---|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Stephen Montes | Cindy Nirenberg | Mark C. Krause |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Kenneth Schiefer | √ | | √ | Sonia E. Chahin | √ | √ | |

**Proceedings:**   **SENTENCING** (non-evidentiary)

　　　For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

|  | : | 34 |
|---|---|---|
|  | Initials of Deputy Clerk | SMO |

cc: