**AMENDED**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>JOHN KENNETH SCHIEFER,<br><br>               Defendant. | No. CR 07-01240-ODW<br><br>JUDGMENT AND COMMITMENT ORDER<br>FOLLOWING REVOCATION OF<br>SUPERVISED RELEASE/REINSTATED<br><br>**<u>NUNC</u> <u>PRO</u> <u>TUNC</u> AS OF MARCH 4, 2015** |

On Wednesday, March 4, 2015, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on March 13, 2013 and Petition for Revocation of Probation and Supervised Release filed on September 24, 2014. Appearing on behalf of the Defendant was Sonia Elizabeth Chahin, Federal Indigent Defense Panel, and appearing on behalf of the Government was Assistant United States Attorney Puneet V Kakkar. Also present was Probation Officer Jerry Smith.

The defendant, after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of each of allegation Nos. One, Two, Three, Five and Six as contained in the Petitions.

1    The Court grants the Government's request to withdraw allegation

2    Nos. Four and Seven.

3    The Court found the Defendant to have violated the terms and

4    conditions of Supervised Release as set forth in the Judgment and

5    Probation/Commitment Order of the United States District Court for

6    the Central District of California filed on March 9, 2009. The Court

7    ORDERS the Supervised Released, revoked and reinstated.

8    It is adjudged that Defendant, John Kenneth Schiefer, is hereby

9    committed to the custody of the Bureau of Prisons for a term of

10   twelve (12) months. Upon release from imprisonment defendant shall be

11   placed on supervised release for a term of thirty-six (36) months as

12   **to count 3 and twenty four (24) months as to counts 1, 2, and 4, to**

13   **be served concurrently with the thirty-six (36) month term imposed as**

14   **to count 3,** under the same terms and conditions as originally imposed

15   on March 9, 2009, with two modifications to the original terms and

16   conditions as set forth in the Judgment and Probation/Commitment

17   Order, specifically nos. 10 and 11, with the following additional

18   conditions:

19   10)-The defendant shall not possess or use a computer with

20   access to any online service at any location without the written

21   prior approval of the Probation Officer. This includes access through

22   any Internet service provider, bulletin board system or any public or

23   private computer network system. Further, the defendant shall not

24   have another individual access the Internet on his behalf to obtain

25   files or information which he is restricted from accessing

26   personally, or accept restricted files or information from another

27   person;

28

11)-The defendant shall use only those computers, computer related devices, screen/user names, passwords, email accounts, and Internet service providers (ISPs)approved by the Probation Officer in writing. Computers and computer-related devices include, but are not limited to, personal computers, personal data assistants (PDAs), Internet appliances, electronic games, and cellular telephones as well as peripheral equipment, that can access, or can be modified to access the Internet, electronic bulletin boards, other computers or similar media. Defendant shall use any approved computers only within the scope of his employment. Defendant shall not access a computer for any other unlawful purpose. Defendant shall not access a computer for any other unlawful purpose. Defendant shall immediately report any changes in his employment affecting his access and/or use of computers or the Internet, including e-mail.

-The defendant is prohibited from viewing, possessing and/or composing any material that describes or promotes the unauthorized access to computer systems without prior written approval from the United States Probation Office. This includes but is not limited to, spoofing/defacing web sites, how to launch denial of service attacks, how to gain unauthorized access to information maintained by corporate, government, education, etc. computer systems.

-The defendant is also prohibited from purchasing, downloading, possessing and/or installing freeware/share/software applications whose primary purpose is to scan and detect vulnerabilities in computer networks without the prior written approval from the United States Probation Office.

-The defendant shall not purchase, secure, or control any domain name without prior written approval from the United States Probation Office.

-The defendant shall not access Internet Relay chat (IRC) networks nor shall he download, possess, and/or install software applications whose primary purpose is to access IRC without prior written approval from the United States Probation Office. Further, the defendant shall not have another person access IRC on his behalf without prior written approval from the United States Probation Office.

-The defendant shall not use any software program or device designed to hide, alter, or delete records/logs of his computer use, Internet activities or the files stored on his assigned computer(s). This includes the use of encryption, steganography, file erasing, file shredding, secure file deletion, and cache/cookie removal software without prior written approval from the United States Probation Office.

Restitution is reimposed. Thirty days (30) upon release from imprisonment, the defendant shall commence restitution payments.

The Court recommends defendant to be housed at the Terminal Island facility.

It is ordered that the clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated: October 19, 2015

_____
HON. OTIS D. WRIGHT, II
United States District Judge